UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE CO., ET AL., | ) ) ) | CASE NO.  5:18-cv-01016 |
| Plaintiffs, | ) ) | MAGISTRATE JUDGE GEORGE J. LIMBERT |
| v. | ) ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) ) | ORDER OF DISMISSAL |
| Defendant. | ) | |

Based upon representation of both parties, this case is ordered settled and dismissed with prejudice, each party to bear their own costs.  Court reserves jurisdiction to enforce terms of settlement.

IT IS SO ORDERED.

Dated:   June 28, 2018            */s/George J. Limbert*
                                  GEORGE J. LIMBERT
                                      U.S. MAGISTRATE JUDGE